**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York
(State)

Case number *(If known)*: ____________ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1. **Debtor's name**

   1372 Franklin Avenue Housing Development Fund Corporation

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   1372 Franklin Avenue HDFC

3. **Debtor's federal Employer Identification Number** (EIN)

   13 - 3420806

4. **Debtor's address**

   **Principal place of business**

   1372 Franklin Avenue
   Number Street

   Bronx NY 10456
   City State ZIP Code

   Bronx
   County

   **Mailing address, if different from principal place of business**

   Number Street

   P.O. Box

   City State ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number Street

   City State ZIP Code

5. **Debtor' s website** (URL)

   N/A

**6. Type of debtor**

- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: ____________

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply:*

- ☒ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5 3 1 3

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes. District ____________ When ____________ (MM / DD / YYYY) Case number ____________
  District ____________ When ____________ (MM / DD / YYYY) Case number ____________

Debtor 1372 Franklin Avenue Housing Development Fund
Name

Case number *(if known)* ______________________

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes. Debtor ______________________ Relationship ______________________
District ______________________ When ______________ MM / DD / YYYY
Case number, if known ______________________

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? ______________________

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______________________

**Where is the property?** ______________________
Number Street

______________________
City State ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ______________________
Contact name ______________________
Phone ______________________

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

Debtor 1372 Franklin Avenue Housing Development Fund Corporation
Name

Case number (if known) ____________________

**15. Estimated assets**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [x] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [x] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/06/2026
MM / DD / YYYY

X ***/s/ Faith Campbell Wolfe***
Signature of authorized representative of debtor

Faith Campbell Wolfe
Printed name

Title President

**18. Signature of attorney**

X ***/s/ Dennis C. O'Donnell***
Signature of attorney for debtor

Date 08/06/2026
MM / DD / YYYY

Dennis C. O'Donnell
Printed name

DLA Piper LLP (US)
Firm name

1251 Avenue of the Americas, 27th Floor
Number Street

New York
City

NY
State

10020-1104
ZIP Code

(212) 335-4500
Contact phone

dennis.odonnell@us.dlapiper.com
Email address

2486587
Bar number

NY
State

**RESOLUTIONS OF THE BOARD OF DIRECTORS OF
1372 FRANKLIN AVENUE HOUSING DEVELOPMENT FUND CORPORATION.**

Dated August 6, 2026

The undersigned, constituting all of the members of the board directors (the "Board") of 1372 Franklin Avenue Housing Development Fund Corporation., a New York corporation incorporated under Section 402 of the Business Corporation Law and Article XI of the Private Housing Finance Law (the "Corporation") hereby takes the following actions and adopts, consents, approves, and ratifies the following recitals and resolutions that were unanimously approved by the Board by written consent as of the date hereof:

* * *

**WHEREAS**, the Board has considered the current and prospective financial and operational aspects of the Corporation's business, including the Corporation's historical performance, assets, and current and long-term liabilities;

**WHEREAS**, the Board has considered, and has reviewed and had the opportunity to ask questions about the materials presented by, the *pro bono* legal and financial advisors (the "Advisors") of the Corporation regarding the liabilities, liquidity and prospects of the Corporation, the relative risks and benefits of the strategic alternatives available to the Corporation, and the impact of the foregoing on the Corporation;

**WHEREAS**, the Board has supervised and directed Advisors of the Corporation in evaluating the strategic options;

**WHEREAS**, the Board, has reviewed and considered the advice of the Advisors regarding the advantages and disadvantages of filing a voluntary petition for relief (the "Bankruptcy Petition") under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as amended, the "Bankruptcy Code");

**WHEREAS**, in the business judgment of the Board, it is desirable and in the best interests of the Corporation, its creditors, its stakeholders, and other parties in interest to authorize the Company to enter into one or more restructuring transactions (collectively, the "Restructuring Transactions"), including, among other things, financing or a recapitalization of the Corporation, which may include submission of a plan of reorganization under the Bankruptcy Code and to file or enter into related pleadings and documents; and

**WHEREAS**, in connection with the Chapter 11 Cases, the Board has determined that it is advisable and in the best interest of the Company and its respective creditors, employees, other stakeholders, and other parties to authorize and direct the Authorized Persons, as defined below, to take any and all actions or refrain from taking action that is in the business judgment of the Company necessary or advisable to maximize the value of the Company and administer the Chapter 11 Cases to a successful outcome.

**NOW, THEREFORE, IT IS:**

**RESOLVED**, that the Corporation shall be, and hereby is, authorized the file or caused to be filed forthwith a voluntary petition and related documents and pleadings to commence a Chapter 11 Case under provisions of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"); and it is further

**RESOLVED**, that Yale S. Bogen, David J. Parker, Ann Henderson, or any other authorized person (or their designees and delegates) of the Corporation (each, an "Authorized Person" and, collectively, the "Authorized Persons"), acting alone or with one or more other Authorized Persons be, and hereby are, authorized, empowered and directed to execute and file on behalf of the applicable Company all petitions, schedules, lists, motions, certificates, declarations, papers and documents, and to take any and all action that any one or more deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of such Company's business or to successfully prosecute the Chapter 11 Cases; and it is further

**RESOLVED**, that the Corporation shall be, and hereby is, authorized to pursue and implement a Restructuring Transaction as may be further approved, modified, or amended by one or more of the Authorized Persons in their business judgment and in consultation with the Company's professionals; and it is further

**RESOLVED**, that the Authorized Persons are hereby authorized and empowered, in the name of and on behalf of the Corporation, to take actions and negotiate or cause to be prepared and negotiated and to execute, deliver, perform and cause the performance and implementation of any agreements, certificates, instruments, petitions, motions or other papers or documents in furtherance of the Restructuring Transactions to which the Corporation is or will be a party, including but not limited to, any asset or equity purchase agreement, chapter 11 plan, disclosure statement, and all exhibits and/or ancillary documents related thereto (collectively, the "Restructuring Documents"); and it is further

**RESOLVED**, that the Board hereby ratifies and affirms the appointment, retention and employment of the law firm of DLA Piper LLP (US) ("DLA Piper"), as *pro bono* general bankruptcy counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any motions, objections, replies, applications or other papers; and in connection therewith, each Authorized Person, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, and to cause to be filed an appropriate application for authority to retain the services of DLA Piper; and it is further

**RESOLVED**, that the Board hereby ratifies and affirms the appointment, retention and employment of Development Specialists, Inc. ("DSI") as *pro bono* financial advisor to assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any motions, objections, replies, applications, or other papers; and in connection therewith, each Authorized Person, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, and to

cause to be filed an appropriate application for authority to retain the services of DSI; and it is further

**RESOLVED**, that each Authorized Person is hereby authorized and directed to employ any other professionals to assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any motions, objections, replies, applications, or other papers; and in connection therewith, each of the Authorized Persons are, with power of delegation, authorized and directed to execute appropriate retention agreements, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and it is further

**RESOLVED**, that each Authorized Person be, and each hereby is, authorized and directed to make such arrangements as they deem necessary or proper for the Corporation to use existing "cash collateral" as that term is defined in section 363(a) of the Bankruptcy Code as a debtor in possession in the Bankruptcy Case, and that the Corporation and the Authorized Person on behalf of and in the name of the Corporation, is hereby authorized to seek approval of a cash collateral order in interim and final form (a "Cash Collateral Order"), and each Authorized Person be, and hereby is, authorized, empowered, and directed to negotiate, execute, and deliver any and all agreements, instruments, or documents, by or on behalf of the Corporation, necessary to implement the Cash Collateral Order, as well as any additional or further agreements for the use of cash collateral in connection with the Bankruptcy Case, and each other agreement, instrument, or document to be executed and delivered in connection therewith, all with such changes therein and additions thereto as any Authorized Person approves, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof, subject to Bankruptcy Court approval; and it is further

**RESOLVED**, that, in addition to the specific authorizations heretofore conferred upon the Authorized Persons, the Authorized Persons, either individually or with one or more other Authorized Persons be, and each of them hereby is, authorized and empowered, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, documents, certificates, materials, and instruments, and to pay all expenses, in each case as in such Authorized Person's judgment, shall be necessary, appropriate, or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein, the taking of such action or execution of any such documents and/or agreements to constitute conclusive evidence and the exercise of such discretionary authority; and it is further

**RESOLVED**, that the Board has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the Corporation's governing documents, or hereby waives any right to have received such notice; and it is further

**RESOLVED**, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved, authorized, confirmed, adopted, and ratified in all respects and for all purposes as the true acts and deeds of the Corporation with the same force and effect as if each such act, transaction, agreement, or certificate had been specifically authorized in advance by resolution of the Board.

**IN WITNESS WHEREOF**, the undersigned, constituting all members of the board of directors of 1372 Franklin Avenue Housing Development Fund Corporation, do hereby consent to the foregoing actions and resolutions effective as of the date first written above.

Signed by:
Faith Campbell Wolfe
B0780033B6764A1...
Faith Campbell Wolfe

Signed by:
Willie Norman
F1F703469162444...
Willie Norman

Signed by:
Linda Caldwell
41F4D6AE048840D...
Linda Caldwell

Signed by:
Zona White
D184247BD1DA41B...
Zona White

Signed by:
Tanya Richardson
F07D9355AE9649E...
Tanya Richardson

Fill in this information to identify the case:

Debtor Name: 1372 Franklin Avenue Housing Development Fund Corporation

United States Bankruptcy Court for the: Southern District of New York

Case number (if known): ________________________

☐ Check if this is an amended filing

Official Form 204

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders** **12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Flushing Bank<br>P.O. Box 9000<br>East Meadow, NY 11554 | NAME: C/O Frank C. Dell'Amore<br>PHONE: (800) 581-2889<br>EMAIL: fdellamore@westermanllp.com | Judgment | Contingent<br>Unliquidated | $4,775,255.36 | Unknown | Unknown |
| 2 | NYC Department of Finance<br>100 Gold Street, Room 6Q3,<br>New York, NY 10038 | NAME:<br>PHONE: (212) 863-8538<br>EMAIL: | Government | | | | $291,894.55 |
| 3 | NYC Water Board<br>59-17 Junction Blvd 8th Floor,<br>Flushing, NY 11373-5108 | NAME:<br>PHONE: (718) 595-7000<br>EMAIL: customerservice@dep.nyc.gov | Government | | | | $215,638.92 |
| 4 | Triera Contracting Inc<br>14823 94th Avenue,<br>Jamaica, NY 11435S | NAME: Mr. Singh<br>PHONE: (718) 658-1110<br>EMAIL: trieracontracting@gmail.com | Trade | | | | $13,710.40 |
| 5 | IPFS Corporation<br>P.O. Box 412086<br>Kansas City, MO 64141-2086 | NAME:<br>PHONE: (877) 242-0069<br>EMAIL: nya.processing@ipfs.com | Trade | | | | $52,612.24 |
| 6 | Energo LLC<br>P.O. Box 770038,<br>Woodside, NY 11377 | NAME: Boz Reilly<br>PHONE: (718) 435-2200<br>EMAIL: billing@energo.com | Trade | | | | $8,830.16 |

Debtor 1372 Franklin Avenue Housing Development Fund Corporation Case number (if known) ____________
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 | Lift Elevator LLC<br>151 West Lincoln Avenue<br>Mount Vernon, NY 10550 | NAME:<br>PHONE: (914) 668-0002<br>EMAIL: office@liftelevatorco.com | Trade | | | | $1,260.39 |
| 8 | Runwise Inc.<br>6 East 32nd Street<br>11th Floor<br>New York, NY 10016 | NAME:<br>PHONE: (833) 264-5371<br>EMAIL: ap@runwise.com | Trade | | | | $3,462.23 |
| 9 | L'S Expert Plumbing & Heating<br>1280 Astor Avenue<br>Bronx, NY 10469 | NAME:<br>PHONE: (917) 557-3367<br>EMAIL: lsexpertplumbing@gmail.com | Trade | | | | $2,329.93 |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |

Debtor 1372 Franklin Avenue Housing Development Fund Corporation
Name

Case number (if known) ____________

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**Fill in this information to identify the case and this filing:**

Debtor 1 1372 Franklin Avenue Housing Development Fund Corporation

United States Bankruptcy Court for the: Southern District of New York (State)

Case number *(if known)* ____________________

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐ Other document that requires a declaration ____________________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/06/2026
MM/DD/YYYY

✘ */s/ Faith Campbell Wolfe*
Signature of individual signing on behalf of debtor

Faith Campbell Wolfe
Printed name

President
Position or relationship to debtor

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>1372 FRANKLIN AVENUE HOUSING DEVELOPMENT FUND CORPORATION<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 26-_____ (___) |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1, the undersigned authorized officer of 1372 Franklin Avenue Housing Development Fund Corporation hereby certifies that no parent or publicly held entity owns 10% or more of 1372 Franklin Avenue Housing Development Fund Corporation's equity interests.

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is 1372 Franklin Ave Housing Development Fund Corporation (0806). The Debtor's mailing address is 1372 Franklin Avenue, Bronx, New York 10463.

**Fill in this information to identify the case and this filing:**

Debtor 1 1372 Franklin Avenue Housing Development Fund Corporation

United States Bankruptcy Court for the: Southern District of New York (State)

Case number *(if known)* ____________________

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☑ Other document that requires a declaration Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/06/2026
MM/DD/YYYY

✘ */s/ Faith Campbell Wolfe*
Signature of individual signing on behalf of debtor

Faith Campbell Wolfe
Printed name

President
Position or relationship to debtor

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>1372 FRANKLIN AVENUE HOUSING DEVELOPMENT FUND CORPORATION,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 26-_____ (___) |

## LIST OF EQUITY HOLDERS

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(3), 1372 Franklin Avenue Housing Development Fund Corporation hereby provides the following list of equity interests:

| Name and Address of Equity Interest Holder | Kind of Interest | Percentage of Total Equity |
|---|---|---|
| 1372 Franklin Avenue Housing Development Fund Corporation[2]<br>1372 Franklin Avenue,<br>Bronx, New York 10456 | Cooperative Shareholder | 24.4% |
| Resident 1<br>1372 Franklin Avenue, Apt 1B<br>Bronx, New York 10456 | Cooperative Shareholder | 2.1% |
| Resident 2<br>1372 Franklin Avenue, Apt 1E<br>Bronx, New York 10456 | Cooperative Shareholder | 2.1% |
| Resident 3<br>1372 Franklin Avenue, Apt 1F<br>Bronx, New York 10456 | Cooperative Shareholder | 2.1% |
| Resident 4<br>1372 Franklin Avenue, Apt 1G<br>Bronx, New York 10456 | Cooperative Shareholder | 2.1% |
| Resident 5<br>1372 Franklin Avenue, Apt 2A<br>Bronx, New York 10456 | Cooperative Shareholder | 2.1% |

---

1 The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is 1372 Franklin Ave Housing Development Fund Corporation (0806). The Debtor's mailing address is 1372 Franklin Avenue, Bronx, New York 10463.

2 24.4% of equity interests are held by 1372 Franklin Avenue Housing Development Fund Corporation (the "HDFC") with respect to vacant apartments and rental units owned by the HDFC.

| Name and Address of Equity Interest Holder | Kind of Interest | Percentage of Total Equity |
|---|---|---|
| Resident 6<br>1372 Franklin Avenue, Apt 2B<br>Bronx, New York 10456 | Cooperative Shareholder | 2.1% |
| Resident 7<br>1372 Franklin Avenue, Apt 2C<br>Bronx, New York 10456 | Cooperative Shareholder | 2.1% |
| Resident 8<br>1372 Franklin Avenue, Apt 2D<br>Bronx, New York 10456 | Cooperative Shareholder | 2.1% |
| Resident 9<br>1372 Franklin Avenue, Apt 2E<br>Bronx, New York 10456 | Cooperative Shareholder | 2.1% |
| Resident 10<br>1372 Franklin Avenue, Apt 2F<br>Bronx, New York 10456 | Cooperative Shareholder | 2.1% |
| Resident 11<br>1372 Franklin Avenue, Apt 2G<br>Bronx, New York 10456 | Cooperative Shareholder | 2.1% |
| Resident 12<br>1372 Franklin Avenue, Apt 2H<br>Bronx, New York 10456 | Cooperative Shareholder | 2.1% |
| Resident 13<br>1372 Franklin Avenue, Apt 3A<br>Bronx, New York 10456 | Cooperative Shareholder | 2.1% |
| Resident 14<br>1372 Franklin Avenue, Apt 3B<br>Bronx, New York 10456 | Cooperative Shareholder | 2.1% |
| Resident 15<br>1372 Franklin Avenue, Apt 3C<br>Bronx, New York 10456 | Cooperative Shareholder | 2.1% |
| Resident 16<br>1372 Franklin Avenue, Apt 3D<br>Bronx, New York 10456 | Cooperative Shareholder | 2.1% |
| Resident 17<br>1372 Franklin Avenue, Apt 3F<br>Bronx, New York 10456 | Cooperative Shareholder | 2.1% |
| Resident 18<br>1372 Franklin Avenue, Apt 3H<br>Bronx, New York 10456 | Cooperative Shareholder | 2.1% |
| Resident 19<br>1372 Franklin Avenue, Apt 4A<br>Bronx, New York 10456 | Cooperative Shareholder | 2.1% |

| Name and Address of Equity Interest Holder | Kind of Interest | Percentage of Total Equity |
|---|---|---|
| Resident 20<br>1372 Franklin Avenue, Apt 4C<br>Bronx, New York 10456 | Cooperative Shareholder | 2.1% |
| Resident 21<br>1372 Franklin Avenue, Apt 4F<br>Bronx, New York 10456 | Cooperative Shareholder | 2.1% |
| Resident 22<br>1372 Franklin Avenue, Apt 4H<br>Bronx, New York 10456 | Cooperative Shareholder | 2.1% |
| Resident 23<br>1372 Franklin Avenue, Apt 5A<br>Bronx, New York 10456 | Cooperative Shareholder | 2.1% |
| Resident 24<br>1372 Franklin Avenue, Apt 5B<br>Bronx, New York 10456 | Cooperative Shareholder | 2.1% |
| Resident 25<br>1372 Franklin Avenue, Apt 5C<br>Bronx, New York 10456 | Cooperative Shareholder | 2.1% |
| Resident 26<br>1372 Franklin Avenue, Apt 5D<br>Bronx, New York 10456 | Cooperative Shareholder | 2.1% |
| Resident 27<br>1372 Franklin Avenue, Apt 5E<br>Bronx, New York 10456 | Cooperative Shareholder | 2.1% |
| Resident 28<br>1372 Franklin Avenue, Apt 5F<br>Bronx, New York 10456 | Cooperative Shareholder | 2.1% |
| Resident 29<br>1372 Franklin Avenue, Apt 5G<br>Bronx, New York 10456 | Cooperative Shareholder | 2.1% |
| Resident 30<br>1372 Franklin Avenue, Apt 5H<br>Bronx, New York 10456 | Cooperative Shareholder | 2.1% |
| Resident 31<br>1372 Franklin Avenue, Apt 6A<br>Bronx, New York 10456 | Cooperative Shareholder | 2.1% |
| Resident 32<br>1372 Franklin Avenue, Apt 6C<br>Bronx, New York 10456 | Cooperative Shareholder | 2.1% |
| Resident 33<br>1372 Franklin Avenue, Apt 6E<br>Bronx, New York 10456 | Cooperative Shareholder | 2.1% |

| Name and Address of Equity Interest Holder | Kind of Interest | Percentage of Total Equity |
|---|---|---|
| Resident 34<br>1372 Franklin Avenue, Apt 6F<br>Bronx, New York 10456 | Cooperative Shareholder | 2.1% |
| Resident 35<br>1372 Franklin Avenue, Apt 6G<br>Bronx, New York 10456 | Cooperative Shareholder | 2.1% |
| Resident 36<br>1372 Franklin Avenue, Apt 6H<br>Bronx, New York 10456 | Cooperative Shareholder | 2.1% |

**Fill in this information to identify the case and this filing:**

Debtor 1 1372 Franklin Avenue Housing Development Fund Corporation

United States Bankruptcy Court for the: Southern District of New York
(State)

Case number *(if known)* ______

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☑ Other document that requires a declaration List of Equity Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/06/2026
MM/DD/YYYY

✕ */s/ Faith Campbell Wolfe*
Signature of individual signing on behalf of debtor

Faith Campbell Wolfe
Printed name

President
Position or relationship to debtor