**Hearing Date and Time: August 11, 2026 at 2:00 p.m. (ET)**

Dennis C. O'Donnell (NY 2486587)
David M. Riley (NY 5411616)
Shant K. A. Eulmessekian (NY 6094668)
**DLA PIPER LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
Telephone: (212) 335-4500
Facsimile:  (212) 335-4501
Email:      dennis.odonnell@us.dlapiper.com
            david.riley@us.dlapiper.com
            shant.eulmessekian@us.dlapiper.com

Stephanie B. Cohen (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Telephone: (312) 368-4000
Facsimile:  (312) 236-7516
Email:      stephanie.cohen@us.dlapiper.com

Nicole McLemore (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Telephone: (305) 423-8500
Facsimile:  (305) 437-8131
Email:      nicole.mclemore@us.dlapiper.com

*Proposed Pro Bono Counsel to the Debtor and
Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>1372 FRANKLIN AVENUE HOUSING DEVELOPMENT FUND CORPORATION,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11879 (MEW) |

---

[1]  The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is 1372 Franklin Ave Housing Development Fund Corporation (0806).  The Debtor's mailing address is 1372 Franklin Avenue, Bronx, New York 10456.

**NOTICE OF FILING OF BANKRUPTCY PETITION
AND RELATED PLEADINGS; NOTICE OF AGENDA
AND HEARING ON FIRST DAY APPLICATIONS AND MOTIONS[2]**

**PLEASE TAKE NOTICE** that on August 6, 2026 (the "Petition Date"), the above-captioned debtor and debtor in possession (the "Debtor") commenced a case by filing a petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "First Day Hearing") has been scheduled for **August 11, 2026, at 2:00 p.m. (ET)** before the Honorable Michael E. Wiles, United States Bankruptcy Judge for the Southern District of New York, Courtroom 617, One Bowling Green, New York, New York 10004, to consider, among other things, the relief requested by the Debtor in the First Day Pleadings (as defined below).

**PLEASE TAKE FURTHER NOTICE** that the First Day Hearing will be conducted solely **via ZOOM** at the United States Bankruptcy Court for the Southern District of New York, before the Honorable Michael E. Wiles, United States Bankruptcy Judge, Courtroom 617, One Bowling Green, New York, NY 10004. **Parties wishing to appear virtually at the First Day Hearing must register on the eCourt Appearance Portal at https://www.nysb.uscourts.gov/ecourt-appearances by 4:00 p.m. (ET) the day prior to the First Day Hearing**.

**PLEASE TAKE FURTHER NOTICE** that copies of the pleadings identified below can be viewed and/or obtained by: (a) accessing this Court's website at https://www.nysb.uscourts.gov/ (note that a PACER password is needed to access documents on the Court's website), (b) contacting the Office of the Clerk of the Court at United States Bankruptcy Court for the Southern District of New York, or (c) contacting proposed counsel for the Debtor using the contact information above.

**PLEASE TAKE FURTHER NOTICE** that the First Day Hearing may affect your rights. Please read the below motions and applications to be heard at the First Day Hearing (the "First Day Pleadings") carefully and discuss them with your attorney. If you do not have an attorney, you should consider consulting with one.

**PLEASE TAKE FURTHER NOTICE that if you oppose the relief requested in the First Day Pleadings, or if you wish to be heard with respect to the First Day Pleadings, then you or your attorney must attend the First Day Hearing. Any and all objections to the First Day Pleadings may be made at the First Day Hearing. If you or your attorney do not follow the foregoing steps, the Court may approve the relief requested in the First Day Pleadings and may enter orders granting the relief requested by the Debtor without further notice or hearing.**

---

[2]    Copies of all petitions, motions, and pleadings identified herein may be obtained through the Court's website at http://www.nysb.uscourts.gov.

1635166270.3

## AGENDA FOR FIRST DAY HEARING

**I.**  **Motions and Applications to Be Heard at the First Day Hearing**

1. **Insurance Motion**. *Motion of the Debtor for Entry of an Order Authorizing the Debtor to (I) Maintain Its Existing Insurance Programs and Pay All Related Insurance Obligations and (II) Renew, Revise, Extend, Supplement, Change, or Enter into New Insurance Programs* [Docket No. 3].

2. **Cash Management Motion**. *Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor to Maintain Its Prepetition Cash Management System, Bank Accounts and Business Forms, (II) Waiving Strict Application of Section 345(b) of the Bankruptcy Code and the U.S. Trustee Guidelines to the Extent Necessary and (III) Granting Related Relief* [Docket No. 4].

3. **Wages Motion**. *Motion of the Debtor for Entry of an Order (I) Authorizing the Debtor to Pay Certain Prepetition Wages and Compensation, (II) Authorizing and Directing the Bank to Honor and Process Checks and Transfers Related to Such Employee Obligations, and (III) Granting Related Relief* [Docket No. 5].

4. **Case Management Motion**. *Motion of the Debtor for Entry of an Order Implementing Certain Notice and Case Management Procedures* [Docket No. 8].

5. **Cash Collateral Motion**. *Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Party, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief* [Docket No. [19].

**II.**  **Objections**

None

**III.**  **Related Filings**

1. **Campbell First Day Declaration**. *Declaration of Faith Campbell, President of 1372 Franklin Avenue Housing Development Fund Corporation, in Support of the Debtor's Chapter 11 Petition and First Day Pleadings* [Docket No. 9].

1635166270.3

Dated:   August 7, 2026
        New York, New York

Respectfully submitted,

**DLA PIPER LLP (US)**

 /s/  Dennis C. O'Donnell
Dennis C. O'Donnell (NY 2486587)
David M. Riley (NY 5411616)
Shant K. A. Eulmessekian (NY 6094668)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email: dennis.odonnell@us.dlapiper.com

- and -

Stephanie B. Cohen (admitted *pro hac vice*)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Telephone: (312) 368-4000
Facsimile: (312) 236-7516
Email: stephanie.cohen@us.dlapiper.com

- and -

Nicole McLemore (admitted *pro hac vice*)
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Telephone: (305) 423-8500
Facsimile: (305) 437-8131
Email: nicole.mclemore@us.dlapiper.com

*Proposed Pro Bono Counsel to the Debtor and
Debtor in Possession*

1635166270.3