# EXHIBIT B

## Declaration of Martha J. de Jesus

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>1372 FRANKLIN AVENUE HOUSING DEVELOPMENT FUND CORPORATION,[4]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11879 (MEW) |

**DECLARATION OF MARTHA J. DE JESUS IN SUPPORT OF APPLICATION OF THE DEBTOR FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION OF BRONX LEGAL SERVICES AS SPECIAL COUNSEL TO THE DEBTOR UNDER SECTION 327(e), EFFECTIVE AS OF THE PETITION DATE**

Martha J. de Jesus declares as follows under 28 U.S.C. § 1746:

1. I am an attorney and the Director of the Neighborhood Stabilization Project at Bronx Legal Services, a government-funded provider of pro bono legal services serving low-income residents of the Bronx, New York.

2. Except where otherwise noted, I make this Declaration based on personal knowledge. My personal knowledge is based on my personal involvement in the matters described and my review of documents maintained by Bronx Legal Services. The statements in this Declaration are true and correct to the best of my knowledge, information, and belief.

3. I submit this Declaration in support of the[5] *Application of the Debtor for Entry of an Order Authorizing the Retention of Bronx Legal Services as Special Counsel to the Debtor Under Section 327(e), Effective as of the Petition Date* (the "Application"). The Debtor seeks

[4] The Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 1372 Franklin Ave Housing Development Fund Corporation (0806). The Debtor's mailing address is 1372 Franklin Avenue, Bronx, New York 10456.

[5] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

authorization under section 327(e) of the Bankruptcy Code to retain Bronx Legal Services as special counsel, effective as of the Petition Date.

**B. Bronx Legal Services' Background and Representation of the Debtor**

4. Bronx Legal Services is the largest provider of free civil legal services in the borough and provides free legal help to low-income Bronx residents. For nearly fifty (50) years, Bronx Legal Services has been providing high-quality, free legal services to the Bronx communities by, *inter alia*, preserving affordable housing and preventing foreclosures.

5. As described more fully in the First Day Declaration, Bronx Legal Services has represented the Debtor pro bono since December 2019 in connection with the foreclosure action brought by Flushing Bank in Bronx Supreme Court, Index No. 30433/2019E (the "Foreclosure Action"). In the Foreclosure Action, Bronx Legal Services filed an answer and third-party complaint against 10 K Management, HSC Management, Josh Koppel, and others, asserting claims for fraud, breach of fiduciary duty, unjust enrichment, and legal malpractice (the "Third-Party Action") Bronx Legal Services also asserted affirmative defenses on behalf of the Debtor, including standing, waiver, unconscionability, and unclean hands, and counterclaims against Flushing Bank for aiding and abetting fraud and breach of fiduciary duty.

6. Through this representation, Bronx Legal Services has developed substantial institutional knowledge of the Debtor, the Building, the Foreclosure Action, and the pending Third-Party Action, and it is expected to render services as to the Third-Party Action, regardless of whether it remains pending in Bronx Supreme Court or, as is likely, it is removed to the Bankruptcy Court. Bronx Legal Services' prior representation provides familiarity with the Debtor's history and the matters described above, and its continued representation will promote continuity and avoid duplication or delay.

**C. Request to Retain Bronx Legal Services as Special Counsel**

7. The Debtor has requested that Bronx Legal Services be retained as special counsel under section 327(e) of the Bankruptcy Code, effective as of the Petition Date, in connection with the Foreclosure Action, which, for the avoidance of doubt, includes all related third-party claims, affirmative defenses, and counterclaims described in the Application and herein.

8. Bronx Legal Services will continue to represent the Debtor solely with respect to matters related to the Third-Party Action. The Debtor's retention of Bronx Legal Services is appropriate because Bronx Legal Services has represented the Debtor in the Foreclosure Action and the Third-Party Action since December 2019 and has substantial institutional knowledge of the Debtor, the Building, the Third-Party Action, and the related claims.

**D. Bronx Legal Services Has No Interest Adverse to the Debtor**

9. Based on the information available to me, Bronx Legal Services does not hold or represent any interest adverse to the Debtor or its estate.

10. Bronx Legal Services has reviewed the Debtor's list of parties in interest in this Chapter 11 Case, attached hereto as **<u>Schedule 1</u>** (the "<u>Parties-in-Interest List</u>"), against its records and available conflict-checking information for the purpose of identifying any adverse interest or connection. Based on that review and reasonable inquiry, Bronx Legal Services does not represent any party in interest listed on Schedule 1 other than the Debtor and is not aware of any connection with a party in interest that is adverse to the Debtor or its estate, except as set forth in this Declaration.

11. To the best of my knowledge, information, and belief, formed after reasonable inquiry, neither I nor any attorney or employee of Bronx Legal Services holds an equity interest in the Debtor. To the best of my knowledge, information, and belief, formed after reasonable inquiry, neither I nor any attorney or employee of Bronx Legal Services has any connection with the

Debtor's creditors, professionals, or other parties in interest listed on Schedule 1 that is adverse to the Debtor or its estate, except as set forth in this Declaration.

12. To the best of my knowledge, information, and belief, formed after reasonable inquiry, neither I nor any attorney or employee of Bronx Legal Services is related to the bankruptcy judge assigned to this Chapter 11 Case, any other bankruptcy judge for the Southern District of New York, or any employee of the Office of the United States Trustee for the Southern District of New York. To the extent Bronx Legal Services discovers any connection with a party in interest or enters into any new relationship with a party in interest that may be relevant to its retention, Bronx Legal Services will promptly supplement its disclosures to the Court.

**E. Compensation**

13. Bronx Legal Services has not received any promises of payment or compensation in connection with this Chapter 11 Case. Bronx Legal Services will not charge the Debtor for legal services rendered in connection with the Foreclosure Action and will not seek reimbursement from the Debtor for expenses related to the Foreclosure Action or the Debtor's Chapter 11 Case. Bronx Legal Services does not intend to apply to the Court for compensation or reimbursement of expenses. As of the Petition Date, the Debtor did not owe Bronx Legal Services any amounts for legal services.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 1, 2026.

*/s/ Martha J. de Jesus*
Martha J. de Jesus

## SCHEDULE 1

**Parties-in-Interest List**

# SCHEDULE 1

## Interested Parties List

**Debtor**
1372 Franklin Avenue Housing Development Fund Corporation

**Board Members**

Faith Campbell Wolfe (President)
Williema Norman (Vice President)
Robert Brown (Treasurer)
Linda Caldwell (Secretary)
Tanya Richardson (Member)

**Professionals**
DLA Piper LLP (US)
Development Specialists, Inc.

**Property Manager**
Finger Management Corp

**Insurance & Other Parties**
ADP, Inc.
Distinguished Programs Insurance Brokerage, LLC
Stern Agency Inc.
Incline Americas Insurance Company
Amtrust Insurance Company
StarNet
Wesco Insurance Company
Hadron Specialty Insurance Company

**Utilities**
ConEdison
New York Department of Environmental Protection
Verizon

**Government & Non-Profit Entities**
Office of the U.S. Trustee for Region 2
Internal Revenue Service
N.Y. Attorney General
HDFC
NYC Department of Housing Preservation and Development
Urban Homestead Assistance Board

**Secured Lender & Counsel**
Flushing Bank
Westerman Ball Ederer Miller Zucker & Sharfstein, LLP

**Banks**
Webster Bank
Banco Santander, S.A.
Santander Holdings USA, Inc.

**Litigation Parties**
David P. Stich
Josh Koppel
HSC Management
10 K Management
Abrams Garfinkel Margolis Bergson LLP

**Top 20**

Lift Elevator LLC
Triera Contracting Inc.
Runwise Inc.
NYC Department of Finance
Energo LLC
NYC Water Board
IPFS Corporation
L’s Expert Plumbing and Heating

**United States Bankruptcy Judges (Southern District of New York)**
David S. Jones
James L. Garrity, Jr.
John P. Mastando III
Kyu Y. (Mike) Paek
Lisa G. Beckerman
Martin Glenn
Michael E. Wiles
Philip Bentley

Sean H. Lane
Shireen A. Barday

**United States Trustee's Office (Region 2, Manhattan)**
Amanda D. Cassara
Andrea B. Schwartz
Annie Wells
Daniel Rudewicz
Ercilia A. Mendoza
Greg M. Zipes
Ilusion Rodriguez
Linda A. Riffkin
Madeleine Vescovacci
Mark Bruh
Nadkarni Joseph
Paul K. Schwartzberg
Shara Cornell
Sylvester Sharp
Tara Tiantian
Valentina Vlasova
William K. Harrington