Dennis C. O'Donnell (NY 2486587)
David M. Riley (NY 5411616)
Shant K. A. Eulmessekian (NY 6094668)
**DLA PIPER LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email: dennis.odonnell@us.dlapiper.com
david.riley@us.dlapiper.com
shant.eulmessekian@us.dlapiper.com

Stephanie B. Cohen (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Telephone: (312) 368-4000
Facsimile: (312) 236-7516
Email: stephanie.cohen@us.dlapiper.com

Nicole McLemore (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Telephone: (305) 423-8500
Facsimile: (305) 437-8131
Email: nicole.mclemore@us.dlapiper.com

*Proposed Pro Bono Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>1372 FRANKLIN AVENUE HOUSING DEVELOPMENT FUND CORPORATION,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11879 (MEW) |

**<u>NOTICE OF HEARING</u>**[2]

**PLEASE TAKE NOTICE** that a hearing on: (1) *Application of the Debtor for Entry of an Order (I) Authorizing the Debtor to Retain DLA Piper LLP (US) as Pro Bono Counsel, Effective as of the Petition Date and (II) Granting Related Relief* [Docket No. 31]; (2) *Application of the Debtor for Entry of an Order (I) Authorizing the Debtor to Retain Development Specialists, Inc. as Pro Bono Financial Advisor, Effective as of the Petition Date and (II) Granting Related Relief*

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is 1372 Franklin Ave Housing Development Fund Corporation (0806). The Debtor's mailing address is 1372 Franklin Avenue, Bronx, New York 10456.

[2] Copies of all petitions, motions, and pleadings identified herein may be obtained through the Court's website at http://www.nysb.uscourts.gov.

[Docket No. 32]; and (3) *Application of the Debtor for Entry of an Order Authorizing the Retention of Bronx Legal Services as Special Counsel to the Debtor Under Section 327(e), Effective as of the Petition Date* [Docket No. 33] (collectively, the "Retention Applications") will take place on **September 15, 2026, at 11:00 a.m. (ET)** (the "Hearing") remotely **via ZOOM** before the Honorable Michael E. Wiles, United States Bankruptcy Judge for the Southern District of New York, Courtroom 617, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that, in addition to the Retention Applications, the Debtor has also filed certain motions that will be heard at the Hearing (the "Motions"), which include the following:

1. **Utilities Motion**. *Motion of the Debtor for Entry of an Order (I) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Services; (II) Approving Proposed Order of Adequate Assurance and Establishing Procedures for Requesting Additional or Different Adequate Assurance; and (III) Determining That Utility Companies are Adequately Assured of Payment* [Docket No. 2].

2. **Insurance Motion**. *Motion of the Debtor for Entry of an Order Authorizing the Debtor to (I) Maintain Its Existing Insurance Programs and Pay All Related Insurance Obligations and (II) Renew, Revise, Extend, Supplement, Change, or Enter into New Insurance Programs* [Docket No. 3].

3. **Cash Management Motion**. *Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor to Maintain Its Prepetition Cash Management System, Bank Accounts and Business Forms, (II) Waiving Strict Application of Section 345(b) of the Bankruptcy Code and the U.S. Trustee Guidelines to the Extent Necessary and (III) Granting Related Relief* [Docket No. 4].

4. **Wages Motion**. *Motion of the Debtor for Entry of an Order (I) Authorizing the Debtor to Pay Certain Prepetition Wages and Compensation, (II) Authorizing and Directing the Bank to Honor and Process Checks and Transfers Related to Such Employee Obligations, and (III) Granting Related Relief* [Docket No. 5].

5. **PII Motion**. *Motion of the Debtor for Entry of an Order (I) Authorizing the Debtor to Redact Certain Personally Identifiable Information of Natural Persons, Effective as of the Petition Date and (II) Granting Related Relief* [Docket No. 6].

6. **Schedules Extension Motion**. *Motion of the Debtor for Entry of an Order (I) Extending the Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs and (II) Granting Related Relief* [Docket No. 7].

7. **Cash Collateral Motion**. *Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Party, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief* [Docket No. 19].

**PLEASE TAKE FURTHER NOTICE** that copies of the Retention Applications and Motions can be viewed and/or obtained by: (a) accessing this Court's website at https://www.nysb.uscourts.gov/ (note that a PACER password is needed to access documents on the Court's website), (b) contacting the Office of the Clerk of the Court at United States Bankruptcy Court for the Southern District of New York, or (c) contacting proposed pro bono counsel for the Debtor using the contact information above.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted remotely **via ZOOM** at the United States Bankruptcy Court for the Southern District of New York, before the Honorable Michael E. Wiles, United States Bankruptcy Judge, Courtroom 617, One Bowling Green, New York, NY 10004. **Parties wishing to appear virtually at the Hearing must register on the eCourt Appearance Portal at https://www.nysb.uscourts.gov/ecourt-appearances by 4:00 p.m. (ET) the day prior to the Hearing**. After the deadline for parties to make electronic appearances passes, parties who have made their electronic appearance through the Court's website will receive an invitation from the Court with the Zoom link that will allow them to attend the Hearing.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (the "Objections") to the relief requested in the Retention Applications and Motions must be in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, and must be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted pro hac vice, electronically in accordance with Local Bankruptcy Rule 5005-2, (which can be found at http://www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD or other electronic media, in text-searchable portable document format (PDF), in accordance with the customary practices of the Bankruptcy Court and Local Bankruptcy Rule 5005-2, to the extent applicable, and must be served so as to be actually received by (a) proposed pro bono counsel for the Debtor, DLA Piper LLP (US), (i) 1251 Avenue of the Americas, New York, New York 10020 (Attn.: Dennis O'Donnell [Dennis.ODonnell@us.dlapiper.com]), and (ii) 444 West Lake Street, Suite 900, Chicago, Illinois 60606 (Attn.: Stephanie Cohen [stephanie.cohen@us.dlapiper.com]); (b) the Office of the United States Trustee for Region 2, 201 Varick Street #1006, New York, New York 10014 (Attn: Shara Cornell [Shara.Cornell@usdoj.gov]); and (c) counsel to Prepetition Lender, Westerman Ball Ederer Miller Zucker & Sharfstein, LLP, 1201 RXR Plaza, Uniondale, NY 11556 (Attn: Frank C. Dell'Amore [fdellamore@westermanllp.com]), on or before **September 8, 2026, at 4:00 p.m. (ET)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE that *your rights may be affected*. You should read the Retention Applications and Motions carefully and discuss them with your attorney. If you do not have an attorney, you should consider consulting with one.**

**PLEASE TAKE FURTHER NOTICE** that if you oppose the relief requested in the Retention Applications or the Motions, or if you want the Court to consider your views on the Retention Applications or the Motions, then you or your attorney must submit an Objection on or before the Objection Deadline. If you or your attorney do not timely submit an Objection, the Court may determine that you do not oppose the relief sought in the Retention Applications or the Motions and enter orders granting the relief requested in the Retention Applications or the Motions without further hearing.

**PLEASE TAKE FURTHER NOTICE** that, if no responses or objections are timely filed and served with respect to the Retention Applications or the Motions, the Debtor may, on or after the Objection Deadline, submit to the Court an order, substantially in the form of the proposed order attached to the Retention Applications or the Motions, under certification of no objection, which order may be entered by the Court without further notice or opportunity to be heard.

[*Remainder of page intentionally left blank.*]

Dated: September 1, 2026
New York, New York

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Dennis C. O'Donnell*
Dennis C. O'Donnell (NY 2486587)
David M. Riley (NY 5411616)
Shant K. A. Eulmessekian (NY 6094668)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email: dennis.odonnell@us.dlapiper.com

- and -

Stephanie B. Cohen (admitted *pro hac vice*)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Telephone: (312) 368-4000
Facsimile: (312) 236-7516
Email: stephanie.cohen@us.dlapiper.com

- and -

Nicole McLemore (admitted *pro hac vice*)
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Telephone: (305) 423-8500
Facsimile: (305) 437-8131
Email: nicole.mclemore@us.dlapiper.com

*Proposed Pro Bono Counsel to the Debtor and Debtor in Possession*