Dennis C. O'Donnell (NY 2486587)
David M. Riley (NY 5411616)
Shant K. A. Eulmessekian (NY 6094668)
**DLA PIPER LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email: dennis.odonnell@us.dlapiper.com
david.riley@us.dlapiper.com
shant.eulmessekian@us.dlapiper.com

Stephanie B. Cohen (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Telephone: (312) 368-4000
Facsimile: (312) 236-7516
Email: stephanie.cohen@us.dlapiper.com

Nicole McLemore (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Telephone: (305) 423-8500
Facsimile: (305) 437-8131
Email: nicole.mclemore@us.dlapiper.com

*Proposed Pro Bono Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>1372 FRANKLIN AVENUE HOUSING DEVELOPMENT FUND CORPORATION,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11879 (MEW) |

# NOTICE OF AGENDA OF MATTERS SET FOR ZOOM HEARING ON SEPTEMBER 15, 2026, AT 11:00 a.m. (ET)[2]

**This will be a remote hearing conducted via Zoom for Government®.**

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is 1372 Franklin Ave Housing Development Fund Corporation (0806). The Debtor's mailing address is 1372 Franklin Avenue, Bronx, New York 10456.

[2] Copies of all petitions, motions, and pleadings identified herein may be obtained through the Court's website at http://www.nysb.uscourts.gov.

**Any person wishing to participate in or listen to a remote proceeding or using Zoom for Government® must register by 4:00 p.m. (ET) the day prior to the hearing using the eCourt Appearance tool on the Court's website: https://www.nysb.uscourts.gov/ecourt-appearances.**

**MATTERS WITH CERTIFICATIONS OF COUNSEL [CNO/COC]:**

1. **Utilities Motion**. *Motion of the Debtor for Entry of an Order (I) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Services; (II) Approving Proposed Order of Adequate Assurance and Establishing Procedures for Requesting Additional or Different Adequate Assurance; and (III) Determining That Utility Companies are Adequately Assured of Payment* [Docket No. 2; filed 08/06/2026].

   **Response Deadline**: September 8, 2026 at 4:00 p.m. (ET).

   **Related Documents**:

   A. Notice of Second Day Hearing [Docket No. 27; filed 08/13/2026].

   B. Certificate of No Objection Regarding Motion of the Debtor for Entry of an Order (I) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Services; (II) Approving Proposed Order of Adequate Assurance and Establishing Procedures for Requesting Additional or Different Adequate Assurance; and (III) Determining That Utility Companies are Adequately Assured of Payment [Docket No. 38; filed 09/10/2026].

   **Responses**: None.

   **Status**: A certificate of no objection has been filed for this matter, therefore no hearing is necessary unless the Court has any comments or questions.

2. **Insurance Motion**. *Motion of the Debtor for Entry of an Order Authorizing the Debtor to (I) Maintain Its Existing Insurance Programs and Pay All Related Insurance Obligations and (II) Renew, Revise, Extend, Supplement, Change, or Enter into New Insurance Programs* [Docket No. 3; filed 08/06/2026].

   **Response Deadline**: September 8, 2026 at 4:00 p.m. (ET).

   **Related Documents**:

   A. Notice of Second Day Hearing [Docket No. 27; filed 08/13/2026].

   B. Certificate of No Objection Regarding Motion of the Debtor for Entry of an Order Authorizing the Debtor to (I) Maintain Its Existing Insurance Programs and Pay All Related Insurance Obligations and (II) Renew, Revise, Extend, Supplement, Change, or Enter into New Insurance

Programs [Docket No. 39; filed 09/10/2026].

**Responses**: None.

**Status**: A certificate of no objection has been filed for this matter, therefore no hearing is necessary unless the Court has any comments or questions.

3. **Cash Management Motion**. *Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor to Maintain Its Prepetition Cash Management System, Bank Accounts and Business Forms, (II) Waiving Strict Application of Section 345(b) of the Bankruptcy Code and the U.S. Trustee Guidelines to the Extent Necessary and (III) Granting Related Relief* [Docket No. 4; filed 08/06/2026].

**Response Deadline**: September 8, 2026 at 4:00 p.m. (ET).

**Related Documents**:

A. Notice of Second Day Hearing [Docket No. 27; filed 08/13/2026].

B. Interim Order (I) Authorizing the Debtor to Maintain Its Prepetition Cash Management System, Bank Accounts and Business Forms, (II) Waiving Strict Application of Section 345(b) of the Bankruptcy Code and the U.S. Trustee Guidelines to the Extent Necessary and (III) Granting Related Relief [Docket No. 23; filed 8/12/2026].

C. Certificate of No Objection Regarding Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor to Maintain Its Prepetition Cash Management System, Bank Accounts and Business Forms, (II) Waiving Strict Application of Section 345(b) of the Bankruptcy Code and the U.S. Trustee Guidelines to the Extent Necessary and (III) Granting Related Relief [Docket No. 40; filed 09/10/2026].

**Responses**: None.

**Status**: A certificate of no objection has been filed for this matter, therefore no hearing is necessary unless the Court has any comments or questions.

4. **Wages Motion**. *Motion of the Debtor for Entry of an Order (I) Authorizing the Debtor to Pay Certain Prepetition Wages and Compensation, (II) Authorizing and Directing the Bank to Honor and Process Checks and Transfers Related to Such Employee Obligations, and (III) Granting Related Relief* [Docket No. 5; filed 08/06/2026].

**Response Deadline**: September 8, 2026 at 4:00 p.m. (ET).

**Related Documents**:

A. Notice of Second Day Hearing [Docket No. 27; filed 08/13/2026].

B. Interim Order (I) Authorizing the Debtor to Pay Certain Prepetition Wages and Compensation, (II) Authorizing and Directing the Bank to Honor and Process Checks and Transfers Related to Such Employee Obligations, and (III) Granting Related Relief [Docket No. 24; filed 8/12/2026].

C. Certificate of No Objection Regarding Motion of the Debtor for Entry of an Order (I) Authorizing the Debtor to Pay Certain Prepetition Wages and Compensation, (II) Authorizing and Directing the Bank to Honor and Process Checks and Transfers Related to Such Employee Obligations, and (III) Granting Related Relief [Docket No. 41; filed 09/10/2026].

**Responses**: None.

**Status**: A certificate of no objection has been filed for this matter, therefore no hearing is necessary unless the Court has any comments or questions.

5. **PII Motion**. *Motion of the Debtor for Entry of an Order (I) Authorizing the Debtor to Redact Certain Personally Identifiable Information of Natural Persons, Effective as of the Petition Date and (II) Granting Related Relief* [Docket No. 6; filed 08/06/2026].

**Response Deadline**: September 8, 2026 at 4:00 p.m. (ET).

**Related Documents**:

A. Notice of Second Day Hearing [Docket No. 27; filed 08/13/2026].

B. Certificate of No Objection Regarding Motion of the Debtor for Entry of an Order (I) Authorizing the Debtor to Redact Certain Personally Identifiable Information of Natural Persons, Effective as of the Petition Date and (II) Granting Related Relief [Docket No. 42; filed 09/10/2026].

**Responses**: None.

**Status**: A certificate of no objection has been filed for this matter, therefore no hearing is necessary unless the Court has any comments or questions.

6. **Schedules Extension Motion**. *Motion of the Debtor for Entry of an Order (I) Extending the Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs and (II) Granting Related Relief* [Docket No. 7; filed 08/06/2026].

**Response Deadline**: September 8, 2026 at 4:00 p.m. (ET).

**Related Documents**:

A. Notice of Second Day Hearing [Docket No. 27; filed 08/13/2026].

B. Certificate of No Objection Regarding Motion of the Debtor for Entry of an Order (I) Extending the Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs and (II) Granting Related Relief [Docket No. 43; filed 09/10/2026].

**Responses**: None.

**Status**: A certificate of no objection has been filed for this matter, therefore no hearing is necessary unless the Court has any comments or questions.

7. **Cash Collateral Motion**. *Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Party, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief* [Docket No. 19; filed 08/07/2026].

**Response Deadline**: September 8, 2026 at 4:00 p.m. (ET).

**Related Documents**:

A. Notice of Second Day Hearing [Docket No. 27; filed 08/13/2026].

B. Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Party, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief [Docket No. 22; filed 8/12/2026].

C. Certificate of No Objection Regarding Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Party, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief [Docket No. 44; filed 09/10/2026].

**Responses**: None.

**Status**: A certificate of no objection has been filed for this matter, therefore no hearing is necessary unless the Court has any comments or questions.

8. **DLA Retention Application.** *Application of the Debtor for Entry of an Order (I) Authorizing the Debtor to Retain DLA Piper LLP (US) as Pro Bono Counsel, Effective as of the Petition Date and (II) Granting Related Relief* [Docket No. 31; filed 09/01/2026].

**Response Deadline**: September 8, 2026 at 4:00 p.m. (ET).

**Related Documents**:

A. Notice of Hearing [Docket No. 34; filed 09/01/2026].

B. Certificate of No Objection Regarding Application of the Debtor for Entry of an Order (I) Authorizing the Debtor to Retain DLA Piper LLP (US) as Pro Bono Counsel, Effective as of the Petition Date and (II) Granting Related Relief [Docket No. 45; filed 09/10/2026].

**Responses**: None.

**Status**: A certificate of no objection has been filed for this matter, therefore no hearing is necessary unless the Court has any comments or questions.

9. **DSI Retention Application.** *Application of the Debtor for Entry of an Order (I) Authorizing the Debtor to Retain Development Specialists, Inc. as Pro Bono Financial Advisor, Effective as of the Petition Date and (II) Granting Related Relief* [Docket No. 32; filed 09/01/2026].

**Response Deadline**: September 8, 2026 at 4:00 p.m. (ET).

**Related Documents**:

A. Notice of Hearing [Docket No. 34; filed 09/01/2026].

B. Certificate of No Objection Regarding Application of the Debtor for Entry of an Order (I) Authorizing the Debtor to Retain Development Specialists, Inc. as Pro Bono Financial Advisor, Effective as of the Petition Date and (II) Granting Related Relief [Docket No. 46; filed 09/10/2026].

**Responses**: None.

**Status**: A certificate of no objection has been filed for this matter, therefore no hearing is necessary unless the Court has any comments or questions.

10. **Bronx Legal Services Retention Application.** *Application of the Debtor for Entry of an Order Authorizing the Retention of Bronx Legal Services as Special Counsel to the Debtor Under Section 327(e), Effective as of the Petition Date* [Docket No. 33; filed 09/01/2026].

**Response Deadline**: September 8, 2026 at 4:00 p.m. (ET).

**Related Documents**:

A. Notice of Hearing [Docket No. 34; filed 09/01/2026].

B. Certificate of No Objection Regarding Application of the Debtor for Entry of an Order Authorizing the Retention of Bronx Legal Services as Special

Counsel to the Debtor Under Section 327(e), Effective as of the Petition Date [Docket No. 47; filed 09/10/2026].

**Responses**: None.

**Status**: A certificate of no objection has been filed for this matter, therefore no hearing is necessary unless the Court has any comments or questions.

**PLEASE TAKE FURTHER NOTICE** that copies of the pleadings identified in this Agenda can be viewed and/or obtained by: (a) accessing this Court's website at https://www.nysb.uscourts.gov/ (note that a PACER password is needed to access documents on the Court's website), (b) contacting the Office of the Clerk of the Court at United States Bankruptcy Court for the Southern District of New York, or (c) contacting proposed counsel for the Debtor using the contact information above.

[*Remainder of Page Intentionally Left Blank*]

Dated: September 11, 2026
New York, New York

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Dennis C. O'Donnell*

Dennis C. O'Donnell (NY 2486587)
David M. Riley (NY 5411616)
Shant K. A. Eulmessekian (NY 6094668)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email: dennis.odonnell@us.dlapiper.com

- and -

Stephanie B. Cohen (admitted *pro hac vice*)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Telephone: (312) 368-4000
Facsimile: (312) 236-7516
Email: stephanie.cohen@us.dlapiper.com

- and -

Nicole McLemore (admitted *pro hac vice*)
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Telephone: (305) 423-8500
Facsimile: (305) 437-8131
Email: nicole.mclemore@us.dlapiper.com

*Proposed Pro Bono Counsel to the Debtor and Debtor in Possession*