**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>1372 FRANKLIN AVENUE HOUSING DEVELOPMENT FUND CORPORATION,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11879 (MEW)<br><br>**Related Docket No.: 33** |

**ORDER AUTHORIZING THE RETENTION OF BRONX LEGAL SERVICES AS SPECIAL COUNSEL TO THE DEBTOR UNDER SECTION 327(E), EFFECTIVE AS OF THE PETITION DATE**

Upon the *Application of the Debtor for Entry of an Order Authorizing the Retention of Bronx Legal Services as Special Counsel to the Debtor Under Section 327(e), Effective as of the Petition Date* [D.I. 33] (the "Application"),[2] filed by 1372 Franklin Avenue Housing Development Fund Corporation (the "Debtor") for entry of an order (this "Order"), authorizing the Debtor to retain Bronx Legal Services effective as of the Petition Date (as defined in the Application) as pro bono special counsel for the Debtor, as is more fully set forth in the Application; and upon the Declaration of Martha J. de Jesus (the "de Jesus Declaration"), which is attached to the Application as Exhibit B; and it appearing that the Court has jurisdiction to consider the Application; and the Court being satisfied, based upon the representations made in the Application and the de Jesus Declaration, that Bronx Legal Services represents or holds no interest adverse to the Debtor or its estate as to the matters upon which it is to be engaged, and that the retention of Bronx Legal Services is necessary and would be in the best interest of the Debtor and the Debtor's estate, and that the terms of Bronx Legal Services engagement set forth in the Application and the de Jesus

[1] The Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 1372 Franklin Ave Housing Development Fund Corporation (0806). The Debtor's mailing address is 1372 Franklin Avenue, Bronx, New York 10456.

[2] Capitalized terms not otherwise defined in this Order have the meanings given to them in the Application.

Declaration are reasonable pursuant to section 327(e) of the Bankruptcy Code, and that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and it appearing that the notice of the Application having been properly given and such notice being adequate for the entry of this Order; and it appearing that no other notice is required; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Application is granted.

2. Pursuant to section 327(e) of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1, the Debtor is authorized to retain Bronx Legal Services as its pro bono special counsel, effective as of the Petition Date.

3. The Debtor is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

4. The Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
September 14, 2026

/s/ **Michael E. Wiles**
UNITED STATES BANKRUPTCY JUDGE